UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVE EDWARDS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>METROPOLITAN POLICE DEPARTMENT, )<br>et al, )<br>)<br>Defendants. ) | Civil Action No. 05-1965 (RMC) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, by and through below-signed counsel, hereby respectfully requests an enlargement of time of five weeks, to and including Friday, December 30, 2005, in which to submit his opposition to defendant's motion to dismiss. Plaintiff's opposition is currently due on Friday, November 25, 2005.

The reasons for plaintiff's motion include that the associate primarily responsible for assisting plaintiff's counsel is no longer employed with counsel's firm, and the new associate working on the case needs to be brought up to speed on the specifics of plaintiff's claims. Furthermore, counsel is engaged in preparation for a five-day trial in the matter of *Bennett v. Fairfax County*, C.A. No. 05-250A (E.D.Va.), scheduled to begin on November 28, 2005, and a five-day trial in the matter of *Rountree v. Veneman*, C.A. No. 04-0806 (D.D.C.), scheduled to begin on December 5, 2005. In addition, plaintiff's counsel is also engaged in opposing motions for summary judgment in *Adams v. Rice*, C.A. No. 05-941 (D.D.C.) and *Richard v. Leavitt*, C.A. No. PJM-05-2387 (D.Md.), as well as preparation of a reply brief of appellant in the matter of

*Eng v. Norfolk Southern Corp.*, Appeal No. 05-1665 (4th Cir.).

      This motion seeks an enlargement of five weeks, taking into account that there are several holiday periods and periods of religious observance during that time frame. Counsel for plaintiff has contacted counsel for defendant, who has indicated that she consents to plaintiff's motion.

                                            Respectfully submitted,

                                            _____/signed/_____
                                            Richard L. Swick
                                            D.C. Bar No. 936931
                                            SWICK & SHAPIRO, P.C.
                                            1225 Eye Street, N.W.
                                            Suite 1290
                                            Washington, D.C.  20005
                                            (202) 842-0300

                                            Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVE EDWARDS, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1965 (RMC) |
| DISTRICT OF COLUMBIA ) METROPOLITAN POLICE DEPARTMENT, ) et al, ) | |
| Defendants. ) | |

### ORDER

UPON CONSIDERATION of the plaintiff's consent motion for an enlargement of time of five weeks, to and including Friday, December 30, 2005, to submit his opposition to defendant's motion to dismiss, it is by the Court on this ___ day of November, 2005, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that plaintiff shall have to and including Friday, December 30, 2005, within which to submit his opposition to defendant's motion to dismiss.

_____
UNITED STATES DISTRICT COURT JUDGE