UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVE EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA<br>METROPOLITAN POLICE DEPARTMENT,<br>et al,<br><br>　　　　Defendants. | Civil Action No. 05-1965 (RMC) |

## MOTION TO WITHDRAW APPEARANCE

Richard L. Swick and Swick & Shapiro, P.C. hereby move the Court for leave to withdraw his appearance as counsel for plaintiff, Steve Edwards, in the above-captioned matter. The reason for this motion is that despite a preliminary agreement to retain Richard L. Swick and Swick & Shapiro, P.C. as counsel in this matter, plaintiff has failed to keep in contact with counsel and failed to follow through and retain counsel which makes counsel's continued service in this case impossible. However, in order to see that plaintiff's rights are protected, counsel asks that plaintiff be granted an additional 30 days to retain other counsel and to respond to defendants' pending motion to dismiss.

By letter dated November 23, 2005, counsel for the plaintiff informed Mr. Edwards of his intent to withdraw from this matter unless adequate steps were taken to retain counsel. While Mr. Edwards has not responded to this letter, this information was also communicated to him in telephone conversations on November 23, 2005, and December 30, 2005. Additionally, counsel is providing Mr. Edwards with a copy of this motion today, on December 30, 2005, by overnight mail

and by U.S. mail, First-Class, postage prepaid.

Counsel for the defendant has stated that defendants consent to the motion for counsel to withdraw.

                                          Respectfully submitted,

                                          Richard L. Swick
                                          D.C. Bar No. 936931
                                          SWICK & SHAPIRO, P.C.
                                          1225 Eye Street, N.W.
                                          Suite 1290
                                          Washington, D.C.  20005
                                          (202) 842-0300

                                          Attorneys for Plaintiff

**Notice to Steve Edwards**

Your are hereby advised that we have filed the attached motion to withdraw our appearance. You therefore should obtain another attorney to handle this litigation for you. Even though you are not an attorney yourself, you may wish to act pro se (as your own attorney) in this matter. You have five days to notify the Clerk in writing if you oppose our motion to withdraw as your counsel or if you intend to handle your case pro se.

Richard L. Swick
December 30, 2005

-2-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVE EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>METROPOLITAN POLICE DEPARTMENT,<br>et al,<br><br>Defendants. | Civil Action No. 05-1965 (RMC) |

## O R D E R

UPON CONSIDERATION of the motion of Richard L. Swick and Swick & Shapiro, P.C. to withdraw as counsel for the plaintiff, (and plaintiff's response thereto), it is on this _____ day of January 2006,

ORDERED that the said motion be and hereby is granted;

FURTHER ORDERED that the clerk shall strike the appearance of Richard L. Swick and Swick & Shapiro, P.C. as counsel for the plaintiff;

FURTHER ORDERED that plaintiff shall have to and including Monday, January 30, 2006, within which to obtain substitute counsel and submit his opposition to defendants' motion to dismiss.

_____
UNITED STATES DISTRICT COURT JUDGE