**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STEVE EDWARDS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1965 (RMC)** |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| **METROPOLITAN POLICE** ) | |
| **DEPARTMENT,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**<u>ORDER</u>**

On October 4, 2005, Plaintiff Steve Edwards, through counsel, filed a complaint against Defendants the Metropolitan Police Department ("MPD"), Police Chief Charles Ramsey, the District of Columbia, and Mayor Anthony Williams, alleging that he was unlawfully discharged from employment with the MPD based on his race, national origin, and a perception that he has a disability. On November 14, 2005, Defendants filed a Motion to Dismiss.

On December 30, 2005, Mr. Edwards's counsel, Richard L. Swick, filed a motion to withdraw his appearance, stating that Mr. Edwards has failed to maintain contact with him, making his continued representation impossible. This motion, if granted, would leave Mr. Edwards without representation. Mr. Swick's motion to withdraw indicates that it was served on Mr. Edwards, and it advises Mr. Edwards to either obtain new counsel or, within 5 days, notify the Clerk that he objects to withdrawal or intends to proceed *pro se*. In the two months since, Mr. Edwards has not responded, new counsel has not entered an appearance on his behalf, and there has been no activity in this case. The Court therefore presumes that Mr. Edwards is proceeding *pro se*. Still pending

before the Court is Defendants' Motion to Dismiss.

Mr. Edwards is therefore advised of the following.  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  *Id.* at 509.  In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded."  Local Civil Rule 7(b).  Accordingly, it is hereby

**ORDERED** that Mr. Swick's Motion to Withdraw Appearance [Dkt. #4] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff shall respond to Defendants' Motion to Dismiss by **April 17, 2006**.  If he does not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint or the case in its entirety.

**SO ORDERED**.


 Signed: March 2, 2006                                    /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge

Copy to:

Steve Edwards
13128 Wonderland Way
Germantown, MD 20874

2